

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00369-CV

**IN THE INTEREST OF N.N.M.**

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 17-01-13061-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is MODIFIED as follows:

It is ORDERED that the finding pursuant to section 161.001(b)(1)(D) is deleted.

As modified, the trial court's order terminating appellant's parental rights is AFFIRMED. It is ORDERED that no costs are assessed against appellant in this appeal.

SIGNED August 19, 2020.

_____
Liza A. Rodriguez, Justice